

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**W. KEAUPUNI AKINA**
*Senior Counsel*
phone: (212) 356-2377
fax: (212) 356-3509
wakina@law.nyc.gov

October 25, 2018

**BY ECF**
Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Shine Dingle et al. v. City of New York et al.
      14-CV-7316 (RJD) (PK)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and am the attorney assigned to defend the above-referenced matter on behalf of defendants City of New York, NYPD, and Joseph Barone (collectively "defendants"). Defendants write on behalf of both parties to respectfully request a final pre-trial conference date.

By way of background, a pre-trial conference was held on April 4, 2018 where a trial date of November 13, 2018 was set. (Dkt. No. 51). Upon information and belief, during that conference, the Court indicated that the parties need not submit a joint pre-trial order, that the Court would instead subsequently set another conference date, that the parties should submit motions *in limine*, witness lists, and exhibit lists by that future conference date, and that the Court would then issue a pre-trial order. Accordingly, the parties respectfully request that the Court set a final pre-trial conference date. For scheduling purposes, counsel for both parties are available on November 5, 2018 after 11 a.m.

Thank you for your consideration of the above request.

Respectfully submitted,
/s/
W. KeAupuni Akina

cc:   Gregory Zenon, Esq. (Via ECF)
      Robert Marinelli, Esq.
      *Attorneys for Plaintiffs*