**Shine Dingle and Dwayne Hicks v. City of New York, et al.**
14 CV 7316 (RJD) (PK)

**Defendants' Witness List** [1]

    a. Retired Cpt. Sean Sharkey

    b. Lt. Joseph Barone

    c. Det. Kaylish Lopez

    d. Retired Det. Carlos Arroyo

    e. Det. Matthew McClusky

    f. NYPD Property Clerk Records Custodian

---

[1] Defendants reserve the right to call any witness listed by the plaintiffs.