**Shine Dingle and Dwayne Hicks v. City of New York, et al.**
14 CV 7316 (RJD) (PK)

**Defendants' Exhibit List**[1]

| No. | Exhibit | Bates Start | Bates End |
|---|---|---|---|
| A | Marijuana Voucher 3000278871 | DEF 206 | DEF 207 |
| B | Vouchered Marijuana | | |
| C | Scale, narcotics Ziploc bags, and Hicks' mail Voucher 3000278868 | DEF 208 | DEF 209 |
| D | Vouchered scale, narcotics Ziploc bags, and Hicks' mail | | |
| E | Search Warrant | DEF 52 | |
| F | Search Warrant Affidavit | DEF 210 | DEF 212 |
| G | Search Warrant Pre-Execution Plan | DEF 213 | |
| H | Mugshot of Dwayne Hicks | DEF 217 | |
| I | Det. Batie DD5 Follow-Up Reports | DEF 29 | DEF 51 |
| J | Dingle OLPA | DEF 7 | DEF 8 |
| K | Dingle DAT | DEF 9 | |
| L | Dingle Notice of Claim | | |
| M | Dingle 50 H Testimony | | |
| N | Dingle Deposition Testimony | | |
| O | Dingle Psychological Records | DEF 66 | DEF 191 |
| P | Hicks OLPA | DEF 18 | DEF 19 |
| Q | Hicks DAT | DEF 21 | |
| R | Hicks Notice of Claim | | |
| S | Hicks 50 H Testimony | | |
| T | Hicks Deposition Testimony | | |
| U | Destin Deposition Testimony | | |

---

[1] Defendants reserve the right to use any exhibit listed by plaintiffs.