**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

February 8, 2019

**BY ECF**

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Dingle et als v. City of New York, et al.*, 15 CV 3859 (PKC)(CLP)

Your Honor:

      I, along with Gregory Zenon, Esq. represent plaintiffs.

      Pursuant to Your Honor's Order dated December 12, 2018, plaintiffs' motion for fees and costs is to be filed by February 11, 2019. Plaintiffs respectfully request an extension until March 4, 2019 to submit their motion. Defendants consent to this motion.

      Earlier today, plaintiffs provided defendants with their time records. Plaintiffs respectfully request this extension in hopes that this matter will resolve without motion practice.

      I thank the Court for consideration of this request.

                                                         Respectfully submitted,

                                                        /s

                                                        Robert Marinelli