UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SHINE DINGLE, DWAYNE HICKS,

                                 Plaintiff,

       -against-                                         14 CV 7316 (RJD)(PK)

CITY OF NEW YORK, et al.

                                 Defendants.
---------------------------------------------------------------------X

**NOTICE OF MOTION FOR ATTORNEYS' FEES**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiffs move this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order seeking attorneys' fees pursuant to the Rule 68 Judgment in this case entered on 27 November 2018.

DATED:      Brooklyn, New York
                   4 March 2019

                                                     /s/
                                        Gregory Zenon, Esq.
                                        Law Office of Gregory Zenon
                                        Attorney for Plaintiff
                                        30 Wall Street 8FL
                                        New York, New York 10005
                                        (212) 380-8582

                                                     /s/
                                        Robert Marinelli, Esq.
                                        Law Office of Robert Marinelli
                                        Attorney for Plaintiff
                                        305 Broadway, Suite 1001
                                        New York, New York 10007
                                        (212) 822-1427